# United States District Court
# Central District of California

| | |
|---|---|
| Elisanda Koziner Murueta,<br><br>            Petitioner,<br><br>      v.<br><br>Kristi Noem, et al.<br><br>            Respondents. | No. 5:25-cv-2973-VBF-AS<br><br>**Order Granting Motion for Temporary Restraining Order and Directing Respondents to Show Cause re: Preliminary Injunction** |

Petitioner's Motion for Temporary Restraining Order [Doc # 3] is GRANTED. Until further order of this Court, Respondents are ordered to:

(1) Immediately release Petitioner from custody;

(2) Refrain from removing Petitioner or taking her from the Central District of California;

(3) Restore Petitioner to the status quo prior to her re-detention by reinstating her prior order of supervision; and

(4) Show cause why Petitioner's Motion for Preliminary Injunction should not be granted.

1  Because the same considerations justifying this TRO will continue
2  to affect Petitioner throughout the time she litigates her habeas petition,
3  this Court finds good cause under Fed. R. Civ. Pro. 65(b)(2) to extend this
4  TRO beyond 14 days. Therefore, this TRO is effective until this Court
5  rules on the motion for preliminary injunction.
6     IT IS SO ORDERED.

8  Dated: November 12, 2025          /s/ Valerie Baker Fairbank
9                                    Honorable Valerie Baker Fairbank
                                     UNITED STATES DISTRICT JUDGE